IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

PHYLLIS BALL, et al.,

    **Plaintiffs,**

v.

    Civil Action 2:16-cv-282
    Chief Judge Edmund A. Sargus, Jr.
    Magistrate Judge Elizabeth P. Deavers

JOHN KASICH, et al.,

    **Defendants.**

## ORDER

This matter is before the Court for consideration of Defendants' Motion to Expedite Reconsideration of the Court's Opinion on Plaintiff's Motion for Class Certification ("Motion for Reconsideration"), which is hereby **GRANTED**. (ECF No. 92.) The Court's Opinion and Order granting Plaintiffs' Motion for Class Certification is **VACATED**. (ECF No. 91.)

I.

On March 27, 2017, this Court granted Plaintiffs' Motion for Class Certification as unopposed. (ECF No. 91.) Defendants, however, have informed the Court in their Motion for Reconsideration that they intended to oppose the motion. Plaintiffs responded to Defendants' Motion for Reconsideration, indicating that if the Court is inclined to grant Defendants' Motion for Reconsideration, it should "set an expedited schedule whereby class-based discovery is concluded, and allowing Defendants to file a Memorandum in Opposition to Plaintiffs' Motion for Class Certification within four weeks of the Court's new Scheduling Order and allowing Plaintiffs to file a Reply within four weeks of Defendants' filing." (ECF No. 94.) The Court finds both Plaintiffs' and Defendants' requests well taken.

Magistrate Judge Elizabeth Preston Deavers held a telephonic status conference on April 7, 2017. Judge Deavers set May 19, 2017 as the deadline for conducting class-based discovery, June 16, 2017 as the deadline for Defendants' to file their Memorandum in Opposition to Plaintiffs' Motion for Class Certification, and July 14, 2017 as the due date for Plaintiffs' Reply in Support of their Motion. (ECF No. 96.) Upon completion of this briefing schedule, the Court will reconsider Plaintiffs' currently pending Motion for Class Certification. (ECF No. 42.)

**IT IS SO ORDERED.**

4-12-2017
**DATE**

**EDMUND A. SARGUS, JR.**
**CHIEF UNITED STATES DISTRICT JUDGE**