IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

PHYLLIS BALL, et al.,
Plaintiffs,

v.

Civil Action 2:16-cv-282
Chief Judge Edmund A. Sargus, Jr.
Magistrate Judge Elizabeth P. Deavers

JOHN KASICH, et al.,
Defendants.

## OPINION AND ORDER

This matter is before the Court for consideration of Defendants' and Plaintiffs' Joint Motion for Leave, *Instanter*, to File Brief with Redactions and Deposition Transcripts Under Seal. (ECF No. 270.) The Court has considered the parties' motion and has reviewed *in camera* the documents that the parties request to have portions of sealed. The Court finds that the parties accurately assess the confidentiality of the redacted portions of the documents, and therefore, finds that good cause exists for filing the requested information under seal. Accordingly, the Court **GRANTS** the parties' Motion to Seal. Defendants may file the redacted portions of the exhibits and deposition transcripts with their Memorandum in Opposition to Plaintiffs' Motion for Class Certification. Defendants shall also file under seal the full, un-redacted exhibits and deposition transcripts. The Clerk is **DIRECTED** to permit Defendants to file the un-redacted exhibits and deposition transcripts under seal.

**IT IS SO ORDERED.**

8-17-2017
DATE

EDMUND A. SARGUS, JR.
CHIEF UNITED STATES DISTRICT JUDGE