IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

PHYLLIS BALL, et al.,

    Plaintiffs,

v.

    Civil Action 2:16-cv-282
    CHIEF JUDGE EDMUND A. SARGUS, JR.
    Magistrate Judge Elizabeth P. Deavers

JOHN KASICH, et al.,

    Defendants.

## OPINION AND ORDER

This matter is before the Court on the unopposed Motion of Intervenor-Guardians to Join Additional Parties. (ECF No. 325.) For the reasons set forth in this Court's Opinion and Order permitting jointer of numerous Additional Guardians (ECF No. 261), and Rule 20 of the Federal Rules of Civil Procedure, the Motion is **GRANTED**.

**IT IS SO ORDERED.**

12-17-2018
DATE

EDMUND A. SARGUS, JR.
CHIEF UNITED STATES DISTRICT JUDGE