IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| PHYLLIS BALL, *et al.*, | : | Case No.: 2:16-cv-282 |
| Plaintiffs, | : | Chief Judge Sargus, Jr. |
| v. | : | Magistrate Judge Deavers |
| MIKE DEWINE, *et al.*, | : | |
| Defendants. | : | |
| and | : | |
| GUARDIANS OF HENRY LAHRMANN, *et al.*; OHIO ASSOCIATION OF COUNTY BOARDS, | : | |
| | : | |
| Defendant-Intervenors. | : | |

## ORDER

This matter is before the Court upon the third joint motion of the Plaintiffs, the State Defendants, and the Ohio Association of County Boards of Developmental Disabilities for preliminary approval of the Moving Parties' proposed Settlement Agreement.

WHEREFORE, for good cause shown, the Court hereby preliminarily approves the Moving Parties' proposed Settlement Agreement and finds that the form and contents of the proposed notice and the parties' proposed methods of providing notice to class members comply with Rule 23(e) and Due Process.

It is Ordered that:

(1) The parties shall distribute notice in the manner as set forth in the joint motion and memorandum filed by the Moving Parties. Notice shall be completed within one week of the date of this Order.

(2) Plaintiffs' assented-to motion for attorneys' fees shall be filed no later than November 15, 2019.

(3) Comments and objections to the proposed Settlement Agreement must be received by the Court by December 2, 2019. As the Court receives comments and objections, the Court will file them through its CM/ECF system and ensure the parties' counsel have access to them.

(4) Motions and memoranda in support of final approval of the Settlement Agreement, and addressing any objections and comments, shall be filed no later than December 9, 2019. Reply briefs, if necessary, shall be filed no later than December 13, 2019.

(5) This matter shall be set for a fairness hearing on Tuesday, December 17, 2019 at 9:30 am.

**IT IS SO ORDERED**

10-18-2019
**DATE**

EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE