Case: 2:16-cv-00282-EAS-EPD Doc #: 483 Filed: 08/06/20 Page: 1 of 1  PAGEID #: 7681

AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| Phyllis Ball, et al., *Plaintiff* | ) ) ) |
| v. | ) Civil Action No. 2:16-CV-282 |
| John Kasich, et al. *Defendant* | ) ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____%, plus post judgment interest at the rate of _____% per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☒ other: Pursuant to the Opinion and Order filed 8/6/2020 the Court GRANTS ECF No. 478 the Joint Motion for Rule 54(b) Certification. Judgment is entered on the claims brought by Plaintiffs. The cross claims filed by the Guardian-Intervenors remain pending.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____.

Date: 08/06/2020

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*