United States District Court for the Southern District of Ohio

FILED
RICHARD W. NAGEL
CLERK OF COURT
2020 AUG 31 PM 3:08
U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
EAST. DIV. COLUMBUS

PHYLLIS BALL, et al.,

    Plaintiffs,

v.

JOHN KASICH, et al.,

    Defendants.

Civil Action 2:16-cv-282
Judge Edmund A. Sargus, Jr.
Magistrate Judge Elizabeth P. Deavers

## NOTICE OF APPEAL

Notice is hereby given that Objector Caroline A. Lahrmann hereby appeals to the United States Court of Appeals for the Sixth Circuit from final judgement from the order granting the Joint Motion for Rule 54(b) entered in this action on the 6th day of August, 2020, and the order approving the Modified Settlement Agreement entered in this action on the 24th day of April, 2020.

Caroline A. Lahrmann & William A Lahrmann, pro se
Parents & guardians of Henry and Elizabeth Lahrmann
2359 Coventry Road
Columbus, Ohio 43221