**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |
|---|---|---|

Filed: March 07, 2023

Ms. Jennie K. Ferguson

Mr. Larry H. James

Mr. Zachery P. Keller

Mr. Peter A. Lusenhop

Mr. Allan Kenneth Showalter

          Re: Case No. 23-3190, *Phyllis Ball, et al v. Mike DeWine, et al*
                Originating Case No. 2:16-cv-00282

Dear Counsel,

   This appeal has been docketed as case number **23-3190** with the caption that is enclosed on a separate page.  The appellate case number and caption must appear on all filings submitted to the Court.  If the filing fee was not paid when the notice of appeal was filed, it must be paid to the district court immediately.

   Before preparing any documents to be filed, counsel are strongly encouraged to read the Sixth Circuit Rules at www.ca6.uscourts.gov.  If you have not established a PACER account and registered with this court as an ECF filer, you should do so immediately.  Your password for district court filings will not work in the appellate ECF system.

   At this stage of the appeal, the following forms should be downloaded from the web site and filed with the Clerk's office by **March 21, 2023**.  Additionally, the transcript order must be completed by that date.  For further information and instructions on ordering transcript electronically, please visit the court's website.

                        Appearance of Counsel
         Appellant:   Civil Appeal Statement of Parties & Issues
                        Disclosure of Corporate Affiliations
                        Application for Admission to 6th Circuit Bar (if applicable)

         Appearance of Counsel
  Appellee:  Disclosure of Corporate Affiliations
         Application for Admission to 6th Circuit Bar (if applicable)

  More specific instructions are printed on each form.  If appellant's initial forms are not timely filed or necessary fees paid, the appeal will be dismissed for want of prosecution.  If you have questions after reviewing the forms and the rules, please contact the Clerk's office for assistance.

         Sincerely yours,

         s/Virginia Lee Padgett
         Case Manager
         Direct Dial No. 513-564-7032

Enclosure

# FFICIAL COURT OF APPEALS CAPTION FOR 23-3190

PHYLLIS BALL, by her General Guardian, Phyllis Burba

    Plaintiffs

GOVERNOR MIKE DEWINE, in his official capacity; JOHN MARTIN, Director of the Ohio Department of Developmental Disabilities, in his official capacity; KEVIN MILLER, Director of Opportunities for Ohioans with Disabilities, in his official capacity; BARBARA SEARS, Director of the Ohio Department of Medicaid, in her official capacity; NORMAN S. RAY

    Defendants - Appellees

OHIO PROVIDER RESOURCE ASSOCIATION

    Intervenor - Defendant - Appellee

v.

ROBERT COLOMBO, on behalf of Elizabeth Colombo; SUSANA COLOMBO, on behalf of Elizabeth Colombo; DEBORAH BIXLER, on behalf of Tim Collett; RICHARD KLEIN, on behalf of Shawna Klein; LINDA WITTMAN, on behalf of Barbara Jean Meola and Mary Anne Meola; DEBORAH BIXLER, guardian on behalf of Tim Collett; LEE ANN MIELKE, on behalf of Glenn Baxter; DAN JONES, on behalf of Kelly Jones; KATHY WOJCIAK, on behalf of Garry Wojciak; MICHAEL GOLDBERG, on behalf of Noah Goldberg; SHARI GOLDBERG, on behalf of Noah Goldberg; WILLIAM LAHRMANN, on behalf of Henry and Elizabeth Lahrmann; CAROLINE A. LAHRMANN, on behalf of Henry and Elizabeth Lahrmann

    Intervenors - Guardians - Appellants