**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Deborah S. Hunt | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: June 01, 2023

Ms. Jennie K. Ferguson
Dinsmore & Shohl
191 W. Nationwide Boulevard
Suite 200
Columbus, OH 43215

Mr. Benjamin Michael Flowers
Office of the Attorney General
of Ohio
30 E. Broad Street
14th Floor
Columbus, OH 43215

Mr. Franklin J. Hickman
Hickman & Lowder
1300 E. Ninth Street
Suite 1020
Cleveland, OH 44114

Mr. Zachery P. Keller
Office of the Attorney General
Constitutional Offices Section
30 E. Broad Street
16th Floor
Columbus, OH 43215

Mr. Brady Wilson
Dinsmore & Shohl
191 W. Nationwide Boulevard
Suite 200
Columbus, OH 43215

Re: Case No. 23-3190/23-3226, *Phyllis Ball, et al v. Mike DeWine, et al*
Originating Case No. : 2:16-cv-00282

Dear Sir or Madam,

    The Court issued the enclosed (Order/Opinion) today in these cases.

                                        Sincerely yours,

                                        s/Connie A. Weiskittel
                                        Mediation Administrator

cc:  Mr. Richard W. Nagel

Enclosure

No mandate to issue

Case No. 23-3190/23-3226

**UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT**

**ORDER**

PHYLLIS BALL, by her General Guardian, Phyllis Burba, et al.

     Plaintiffs

and

DAN JONES, on behalf of Kelly Jones; DEBORAH BIXLER, on behalf of Tim Collett; ROBERT COLOMBO, on behalf of Elizabeth Colombo; SUSANA COLOMBO, on behalf of Elizabeth Colombo; MICHAEL GOLDBERG, on behalf of Noah Goldberg; SHARI GOLDBERG, on behalf of Noah Goldberg; RICHARD KLEIN, on behalf of Shawna Klein; CAROLINE A. LAHRMANN, on behalf of Henry and Elizabeth Lahrmann; WILLIAM LAHRMANN, on behalf of Henry and Elizabeth Lahrmann; LEE ANN MIELKE, on behalf of Glenn Baxter; LINDA WITTMAN, on behalf of Barbara Jean Meola and Mary Anne Meola; KATHY WOJCIAK, on behalf of Garry Wojciak

     Intervenors - Appellants Cross-Appellees

v.

GOVERNOR MIKE DEWINE, in his official capacity; KIMBERLY HAUCK, Director of the Ohio Department of Developmental Disabilities, in her official capacity; MAUREEN M. CORCORAN, Director of the Ohio Department of Medicaid, in her official capacity;

     Defendants - Appellees Cross-Appellants

OHIO ASSOCIATION OF COUNTY BOARDS SERVING PEOPLE WITH DEVELOPMENTAL DISABILITIES

     Intervenor - Appellee Cross-Appellant

KEVIN MILLER, Director of Opportunities for Ohioans with Disabilities, in his official capacity; NORMAN S. RAY

     Defendants - Appellees [23-3190]

and

OHIO PROVIDER RESOURCE ASSOCIATION

    Intervenor - Appellee [23-3190]

In accordance with Rule 33, Rules of the Sixth Circuit, and upon consideration of the parties' stipulation to dismiss,

It is **ORDERED** that these cases are dismissed pursuant to 42(b), Federal Rules of Appellate Procedure.

                                          **ENTERED PURSUANT TO RULE 33,**
                                          **RULES OF THE SIXTH CIRCUIT**
                                          Deborah S. Hunt, Clerk

Issued: June 01, 2023